```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 42829
   JAMES A SMITH
   ROBIN L SMITH                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-8997     SSN XXX-XX-5225


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/18/04 and confirmed on 02/04/05.

   2.  The case was dismissed after confirmation, 08/10/2007.

   3.  The Debtor paid a total of $  23728.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO | MORTGAGE ARRE | 5032.55 | .00 | 5032.55 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 646.27 | .00 | 646.27 |
| WEST SUBURBAN BANK | SECURED | 3626.55 | 198.54 | 3626.55 |
| ASSOC PATHOLOGY CONSULTA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5755.64 | .00 | 2747.98 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1552.94 | .00 | 741.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4380.54 | .00 | 2091.45 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2410.14 | .00 | 1150.71 |
| METRO PARAMEDIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3324.50 | .00 | 1587.25 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3048.79 | .00 | 1455.62 |
| ROUNDUP FUNDING LLC | UNSECURED | 456.23 | .00 | 217.83 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 694.49 | .00 | 331.59 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | UNSECURED | 606.24 | .00 | 289.44 |
| WFNB | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 516.32 | .00 | 246.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 403.09 | .00 | 192.45 |

           Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      9305.37            .00     23148.92            .00    32454.29
PRINCIPAL PAID          9305.37            .00     11052.28            .00    20357.65
INTEREST PAID            198.54            .00          .00            .00      198.54
TOTAL PAID              9503.91            .00     11052.28            .00    20556.19
```

The Debtor's attorney, RICHARD S BASS                    , was allowed $   2500.00
and was paid $     300.00   direct and $    2200.00   through the plan.

The Trustee received $     971.81 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/16/07                         /S/
                                                  GLENN STEARNS
                                                  CHAPTER 13 TRUSTEE